IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

[11] NILDA PIÑEIRO-NORIEGA,

Defendant.

CRIM. NO. 03-361 (JAF)

## FINAL ORDER OF FORFEITURE

WHEREAS, on, this Court entered a Preliminary Order of Forfeiture, ordering defendant(s) to forfeit:

(1) ONE RURAL LOT IDENTIFIED AS RACE TRACK GASOLINE STATION, **FINCA #4517** LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: situada en el Barrio PUEBLO, ocupa una superficie de 2,746.1400 metros cuadrados. Sus lindes son: NORTE: con faja de terreno dedicada a futuro ensanche de la carretera número 2. SUR: con remanente de la finca principal. ESTE: con José Antonio, Teodoro, Juan Ramón y Felipe Delgado Mercado. OESTE: con finca principal. Enclava edificacion dedicada a negocio de venta de gasolina y accesorios de automoviles y otra destinada a cafeteria.
>
> Inscrita a favor de NILDA PIÑEIRO-NORIEGA & AURELIANO GIRAUD PADRO.

(2) ONE RURAL LOT IDENTIFIED AS **FINCA #45519** LOCATED IN BARRIO HATO ABAJO, ARECIBO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

**Final Order of Forfeiture**
U.S. v. [11] Nilda Piñeiro-Noriega
Crim. No. 03-361 (JAF)
Page 2

>RUSTICA: Solar radicado en el Barrio Hato Abajo del municipio de Arecibo. Tiene una cabida de 6,653.6343 metros cuadrados. Lindas al NORTE, con terrenos de Aureliano Giraud en 73.51 metros; por el SUR, en 77.62 metros con terrenos antes de Eloy Mena; ahora Universidad Interamericana; por el ESTE, antes con varios dueños; hoy con Dr. José Suárez en 77.29 metros; y por el OESTE, I.C. Puerto Rico Junior College.

>Inscrito a favor de AURELIANO GIRAUD PADRO y su esposa NILDA PIÑEIRO NORIEGA.

(3) ONE RURAL LOT IDENTIFIED AS **FINCA #37530** LOCATED IN BARRIO HATO ABAJO, ARECIBO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

>Rústico: Solar radicado en el Barrio Hato Abajo del termino municipal de Arecibo, Puerto Rico, con una cabida superficial de cuatro mil (4,000) metros cuadrados y en lindes por el Norte, con la Carretera Estatal número dos (2) (Calle Marginal), por el Sur, con el remanente de la finca doce mil ciento seis (12,106) y doce mil ciento cinco (12,105); propiedad ambas del señor Aurelino Girau, por el Este, con el remanente de la finca doce mil seis (12,106), propiedad del señor Aureliano Girau y al Oeste, señor José Ramon Ruíz Lago, antes, hoy Instituto Comercial Puerto Rico Junior College.

>Inscrita a favor de NILDA PIÑEIRO-NORIEGA & AURELIANO GIRAUD PADRO.

(4) ONE URBAN LOT IDENTIFIED AS **FINCA #827** AND LOCATED IN BARRIO JUAN SANCHEZ, BAYAMON, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

>URBANO Parcela de terreno en el Barrio Juan Sanchez de Bayamon, Puerto Rico, compuesta de media cureda equivalente a 1965 metros cuadrados, y 19 decimetros, colinda por el NORTE, con la carretera

> de Bayamon a Cataño, por el ESTE y SUR, con Eugenio Lopez Gastambide, hoy Ines Lopez Gastambide, y por el OESTE, con Miguel Lopez Gastambide. Enclava una casa semi alta de 20' de frente por 52' de fondo de madera y concreto, techado de zinc.
>
> Se segrega de la finca #45, inscrito al folio #1888 del tomo #1 de Bayamon.
>
> Inscrita a favor de NILDA PIÑEIRO-NORIEGA & AURELIANO GIRAUD PADRO, al folio #70 del tomo #28 de Bayamon Norte, finca #827 (2281), incripción 14a.

(5)  ONE TRACT OF LAND MEASURING SIXTY-FOUR POINT SEVEN (64.7) ACRES LOCATED IN BARRIO ANGELES, UTUADO, PUERTO RICO OR MORE SPECIFICALLY KNOWN AS: ONE RURAL LOT IDENTIFIED AS FINCA 6547 LOCATED IN BARRIO ANGELES UTUADO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: finca radicada en el Barrio Angeles del término municipal de Utuado, Puerto Rico, compuesta de 64.521 cuerdas, equivalentes a 25 hectáreas, 35 áreas, 92 centiáreas y 69 Miliáreas de terreno. En lindes por el NORTE, con terrenos de Antonio Hernánde Bello y el Río Angeles; por el SUR, con la finca principal, hoy propiedad de Damian Bennazar; por el ESTE, con Eladia Herminia Frias; y por el OESTE, con el Río Angels y la Sucesión de Félix Morales.
>
> Inscrita a favor de Aureliano Giraud Padró y Nilda Piñeiro Noriega, inscrita al Folio del 290 del Tomo 314 de Utuado, Registro de la Propiedad de Utuado, Inscripcion 23.

(6)  TWO TRACTS OF LAND MEASURING FIVE (5) ACRES LOCATED IN BARRIO ANGELES, UTUADO, PUERTO RICO:

(A) ONE RURAL LOT IDENTIFIED AS **FINCA 8057** LOCATED IN BARRIO ANGELES UTUADO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

**Final Order of Forfeiture**
**U.S. v. [11] Nilda Piñeiro-Noriega**
Crim. No. 03-361 (JAF)
Page 4

>RUSTICA: radicada en el Barrio Angeles del término municipal de Utuado, Puerto Rico, compuesta de 5.00 cuerdas de terreno, mas or menos. Contiene una casita de madera, cartón y zinc. En lindes por el NORTE, con Esteban Padró; por el SUR, con Daniel Marrero; por el SALIENTE, con el resto de la parcela descrita anteriormente perteneciente a Don Adrián Cuevas Toledo; poer el PONIENTE, con Juan Torres y Daniel Marrero.
>
>Se forma por segregacion de la finca 7600 inscrita al folio 106 del tomo 177 de Utuado.
>
>Inscrita a favor de Aureliano Giraud Padró y Nilda Piñeiro-Noriega, 8057 Inscrita al folio 225 del Tomo 191 de Utuado, Registro de la Propiedad de Utuado, Inscripción 3.

(B)   ONE RURAL LOT IDENTIFIED AS **FINCA #7600** LOCATED IN BARRIO ANGELES UTUADO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

>Descrita conforme primera inscripcón sin tomar en cuenta las siguientes segregaciones posteriores: 5:00 cuerdas y 478.67 metros cuadrados. RUSTICA: finca radicada en el Barrio Angeles del término municipal de Utuado, Puerto Rico, compuesta de 40.00 cuerdas, equivalentes a 15 hectáreas, 72 áreas, y 16 centiáreas de terreno. En lindes por el NORT, con terrenos de Esteban Padró; por el SUR, con Rafael Acevedo: por el ESTE, con remanente de la finca principal propiedad de Ramón Diaz Román; y por el OESTE, con el Río Angeles.
>
>Se forma por segregacion de la finca 6443 inscrita al folio 106 del tomo 152 de Utuado.
>
>Inscrita a favor de Aureliano Giraud Padró y Nilda Piñeiro Noriega.
>
>Finca 7600 Inscrita al Folio 110 del Tomo 177 de Utuado, Registro de la Propiedad de Utuado, Inscripcion 12.

(7)   ALL ASSETS TANGIBLE AND INTANGIBLE OF THE **RETAIL GASOLINE BUSINESS KNOWN AS RACE TRACK INC.**, LOCATED ON ONE RURAL LOT KNOWN AS FINCA #4517 AND LOCATED IN BARRIO

Final Order of Forfeiture
U.S. v. [11] Nilda Piñeiro-Noriega
Crim. No. 03-361 (JAF)
Page 5

PUEBLO, HATILLO, PUERTO RICO AND OWNED BY NILDA PIÑEIRO-NORIEGA AND AURELIANO GIRAUD-PADRO.

(8) ALL ASSETS TANGIBLE AND INTANGIBLE OF THE **WHOLESALE GASOLINE BUSINESS KNOWN AS RUNNING INC.**, LOCATED ON ONE RURAL LOT KNOWN AS FINCA #4517 AND LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO AND OWNED BY NILDA PIÑEIRO-NORIEGA AND AURELIANO GIRAUD-PADRO.

(9) ALL CURRENCY IN **ORIENTAL GROUP ACCT #1411003913** IN THE NAME OF AURELIANO GIRAUD-PADRO.

(10) ALL CURRENCY IN **RG PREMIERE BANK ACCT #08-11085372** IN THE NAME OF AURELIANO GIRAUD-PADRO.

(11) ALL CURRENCY IN **FIRST BANK OF PUERTO RICO ACCT #30-2107273** IN THE NAME OF NILDA PIÑEIRO-NORIEGA.

(12) ALL CURRENCY IN **FIRST BANK OF PUERTO RICO ACCT #38-01083742** IN THE NAME OF AURELIANO GIRAUD-PADRO.

(13) ONE RURAL LOT IDENTIFIED AS **FINCA #11,272** LOCATED IN BARRIO HATO ABAJO ARECIBO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Sita en el Barrio Hato Abajo del término municipal de Arecibo, compuesto de 1.6325 cuerdas, en lindes por el NORTE, con camino que conduce de la carretera estatal de Arecibo a Hatillo; por el SUR, con un camino y al otro lado José Mora Delgado; por el OESTE, con Pedro Rojas Mendoza y por el ESTE, con Dulcilia Chabrier.
>
> Enclava en este predio edificio residencial de concreto de una sola planta.
>
> Se forma por agrupación de las fincas número 8,101, 5,566, 8,080, 333, 7,060, y 6,090 de Arecipo
>
> Inscrito a favor de Aureliano Giraud Padró y Nilda Piñeiro Noriega.

**Final Order of Forfeiture**
**U.S. v. [11] Nilda Piñeiro-Noriega**
**Crim. No. 03-361 (JAF)**
**Page 6**

> Inscrito al folio 77 del tomo 241 de Arecibo Registro de la Propiedad de Puerto Rico, Sección I de Arecibo.

(14) ONE RURAL LOT IDENTIFIED AS **FINCA #11,696** LOCATED IN BARRIO HATO ABAJO ARECIBO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> REMANENTE: Sita en el Barrio Hato Abajo del término municipal de Arecibo, Puerto Rico, compuesta de 5,931 diezmilésimas de cuerdas, equivalentes, a 2,331 metro con 1,143 diezmilimetros cuadrados y en lindes por el Norte, con camino sin pavimentar por el SUR, con parcela "A" segregada; por el ESTE, con predio dedicado a uso púplico y por el OESTE, con más terrenos de Aureliano Giraud Padró, segun la escritura número 192, otorgada en Arecibo, Puerto Rico, el día 11 de diciembre de 1980, ante el notario José G. Terrasa Delucca, inscrito al folio 36 vuelto del tomo 255 de Arecibo, finca número 11,696, inscripción 5ta.

> Se segrega de la finca número 11,272, inscrita al folio 79 vuelto del to 241 de Arecibo.

> Inscrito a favor de Aureliano Jirau Padró, también conocido como Aureliano Girau Padró y Nilda Piñeiro Noriega.

(15) ONE RURAL LOT IDENTIFIED AS **FINCA #28,185** LOCATED IN BARRIO HATO ABAJO ARECIBO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Sito en el barrio Hato Abajo del termino municipal de Arecibo, Puerto Rico, compuesto de UNO PUNTO CINCO CINCO NUEVE CUATRO CUERDAS (1.5594), equivalentes a SEIS MIL CIENTO VEINTINUEVE PUNTO CERO CINCO (6129.05) METROS CUADRADOS. En lindes por el Norte, con parcela B y con parcela C dedicadas a uso público; al Sur, con José Mora; al Este,

Final Order of Forfeiture
U.S. v. [11] Nilda Piñeiro-Noriega
Crim. No. 03-361 (JAF)
Page 7

        con Jose Mora; y al Oeste, con más terrenos de Aureliano Girua Padró.

        Inscrita al folio ochenta y cinco (85) del tomo siscientos vienticinco (625) de Arecibo, finca número veintiocho mil ciento ochenta y cinco (28,185), Registro de la Propiedad de Arecibo I.

AND WHEREAS, the United States caused to be published in Nuevo Dia, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

AND WHEREAS, there are currently no outstanding claims with respect to these properties and all existing claims have been filed; and

AND WHEREAS, the Court finds that defendant(s) had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, § 982 and Title 21 United States Code, §§ 853 and 881;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of the properties mentioned above are hereby forfeited to the United States of America pursuant to Title 18, United States Code, § 982 and Title 21, United States Code, §§ 853 and 881.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

Final Order of Forfeiture
U.S. v. [11] Nilda Piñeiro-Noriega
Crim. No. 03-361 (JAF)
Page 8

    IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

    IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office for the District of Puerto Rico, Attention: Assistant U.S. Attorney, Aramis G. Ríos.

    SO ORDERED on this 1st day of June, 2006.

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE