UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

Criminal No. 03-361(JAF)

NILDA PIÑEIRO NORIEGA
Defendant.

ORDER TO CANCEL LIS PENDENS

Upon motion by the plaintiff, and after having been duly advised of all the facts, this Court hereby orders the Property Registrar for the Property Registry of the Commonwealth of Puerto Rico, to cancel the lis pendens filed on the following property:

ONE RURAL LOT IDENTIFIED AS FINCA #7358 LOCATED IN BARRIO CARRIZALES, HATILLO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Parcela radicada en el Barrio Carrizales de Hatillo, Puerto Rico, con una cabida superfical de 1,000.00 metros cuadrados, y en lindes por el NORTE, y ESTE, en 21 metros y 47.62 metros, respectivamente, con terrenos de la finca principal de la cual se segrega, propiedad de Victoriano Garcia; SUR en 21 metros con la Carretera Estatal #493; y por el OESTE, en 47.62 metros con terrenos de Eleuterio Serrano.

Inscrita a favor de Nilda Piñeira Noriega & Aureliano Giraud Padro.

SO ORDERED.

In San Juan, Puerto Rico, this 15th day of July, 2006.

UNITED STATES DISTRICT JUDGE